UNITED STATES DISTRICT COURT DISTRICT OF MARYLAND

BALTIMORE DIVISION

**DAMILOLA M. OBEMBE,**
Plaintiff,

**v.**

**CAREFIRST MANAGEMENT COMPANY, LLC.**
Defendant.

Case No: GLR 25-CV-1933

## ORDER

Upon consideration of Plaintiff's unopposed Motion for Leave to File Supplemental Pleading (ECF No. 46) pursuant to Fed. R. Civ. P. 15(d), it is this 5th day of November, 2025, by the United States District Court for the District of Maryland, ORDERED that:

1. Plaintiff's Motion for Leave to File Supplemental Pleading (ECF No. 46) is GRANTED;
2. The Supplemental Pleading attached as Exhibit A (ECF No. 46-2) is ACCEPTED and shall be DOCKETED accordingly; and
3. Defendant shall file any response to the Supplemental Pleading within 14 days of this Order. Should Defendant fail to respond within the time allotted, Defendant's pending Motion to Dismiss (ECF 44) shall be construed as directed to the SAC as supplemented.

SO ORDERED.

/s/
George L. Russell, III
Chief United States District Judge