UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DAMILOLA M. OBEMBE**, <br><br> Plaintiff, <br> v. <br><br> **CAREFIRST MANAGEMENT COMPANY, LLC,** <br><br> Defendant. | Civil Action No. 1:25-cv-01933-GLR |

**ORDER**

Having reviewed Defendant's Motion for Extension of Time to File a Reply in Response to Plaintiff's Opposition and in Support of Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 53), the Court hereby **GRANTS** the Motion and **ORDERS** that the deadline for Defendant to file its reply brief shall be extended through December 4, 2025.

**SO ORDERED** this __12th__ day of November, 2025.

/s/
Hon. George L. Russell, III
Chief United States District Judge