# UNITED STATES DISTRICT COURT DISTRICT OF MARYLAND

# BALTIMORE DIVISION

**DAMILOLA M. OBEMBE,**

Plaintiff,

**v.**

**CAREFIRST MANAGEMENT COMPANY, LLC.**

Defendant.

**Case No: GLR 25-CV-1933**

# ORDER

Upon consideration of Plaintiff's Motion for Leave to File ADA-Limited Sur-Reply, and for good cause shown, it is hereby ORDERED that:

1. Plaintiff's Motion is GRANTED;

2. The Clerk shall docket Exhibit A as Plaintiff's Sur-Reply; and

3. The Court will consider the Sur-Reply in resolving Defendant's Motion to Dismiss.

SO ORDERED this __4th__ day of __March__, 2026.

/s/
George L. Russell, III
Chief United States District Judge